```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 00774
   MARY FRANCES BRYANT
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-5219

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
       The case was filed on 01/30/2006 and was confirmed 04/27/2006.

       The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

       The case was dismissed after confirmation 07/19/2007.
--------------------------------------------------------------------------
   CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
   CHASE HOME FINANCE LLC   CURRENT MORTG         .00           .00             .00
   CHASE HOME FINANCE LLC   MORTGAGE ARRE    3479.90            .00         3479.90
   THOMAS R HITCHCOCK       PRIORITY        NOT FILED           .00             .00
   ECAST SETTLEMENT CORP    UNSEC W/INTER     891.18            .00             .00
   FNB MARIN                UNSEC W/INTER   NOT FILED           .00             .00
   KCA FINANCIAL SERVICES   UNSEC W/INTER   NOT FILED           .00             .00
   TORRES CREDIT SERVICES   UNSEC W/INTER   NOT FILED           .00             .00
   RESURGENT CAPITAL SERVIC UNSEC W/INTER     301.01            .00             .00
   THOMAS R HITCHCOCK       DEBTOR ATTY      1,553.50                       1,553.50
   TOM VAUGHN               TRUSTEE                                           266.60
   DEBTOR REFUND            REFUND                                            400.00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
   TRUSTEE                5,700.00

   PRIORITY                                           .00
   SECURED                                       3,479.90
   UNSECURED                                          .00
   ADMINISTRATIVE                                1,553.50
   TRUSTEE COMPENSATION                            266.60
   DEBTOR REFUND                                   400.00
                         ---------------    ---------------
   TOTALS                 5,700.00               5,700.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 00774 MARY FRANCES BRYANT

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/23/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |